JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN KWOK, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> HRSH ACQUISITIONS, LLC, et al. ) <br> ) <br> Defendant(s). ) <br> ) | Case No. CV 13-06479-RGK (JCx) <br><br> ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

    On November 7, 2013, an Order to Show Cause re Dismissal for Lack of Prosecution was issued.  Plaintiff was ordered to file applications for entry of default pursuant to Rule 55a of the Federal Rules of Civil Procedure as to defendants HRSH Acquisitions LLC and Cozy Casual, Inc., on or before October 14, 2013.

    As of this date, no response to the Order to Show Cause has been filed, therefore, the matter is dismissed for lack of prosecution.

    **IT IS SO ORDERED.**

Dated: November 15, 2013

                                            R. GARY KLAUSNER <br>
                                            UNITED STATES DISTRICT JUDGE